37918.   STATE HIGHWAY DEPARTMENT *v.* COLLINS.

QUILLIAN, Judge.   The ruling made in *State Highway Dept.* v. *Strange,* 100 *Ga. App.* 649 is controlling in this case.   The writ of error is accordingly dismissed.

*Dismissed. Felton, C. J., and Nichols, J., concur.*

DECIDED NOVEMBER 24, 1959.

*Eugene Cook, Attorney-General, Paul Miller, E. J. Summer-*

*our, Assistant Attorneys-General, Price, Spivey & Carlton, Milton A. Carlton,* for plaintiff in error.

*Rountree & Rountree, H. R. Thompson, Homer S. Durden, Jr.,* contra.